Glenn R. Kantor, Esq. State Bar No. 122643
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)
E-Mail: gkantor@kantorlaw.net

Attorneys for Plaintiff, Jeffrey Simon

ORIGINAL FILED

APR 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON,

    Plaintiff,

VS.

UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY, INC. LONG TERM DISABILITY PLAN;

    Defendants.

CASE NO.: C 07 2213 WDB

NOTICE OF INTERESTED PARTIES

    The undersigned, counsel of record for Plaintiff Jeffrey Simon certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein

1. Jeffrey Simon;
2. Unum Life Insurance Company of America; and
3. The Lipman Company, Inc. Long Term Disability Plan.

DATED: April 20, 2007

KANTOR & KANTOR, LLP

BY _____
GLENN R. KANTOR
ATTORNEY FOR PLAINTIFF
JEFFREY SIMON

Notice of Interested Parties                           2