1  Glenn R. Kantor, Esq. SBN: 122643
2  Kantor & Kantor LLP
   17216 Parthenia Street
3  Northridge, California 91325
   (818) 886-2525    (818) 350-6272
4  E-Mail: gkantor@kantorlaw.net

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY SIMON,                    No.  07-CV-02213 WDB

12              Plaintiff(s),
                                    **CONSENT TO PROCEED BEFORE A**
13   v.                             **UNITED STATES MAGISTRATE JUDGE**

14  UNUM LIFE INSURANCE COMPANY OF
    AMERICA ET AL
15              Defendant(s).
                                              /
16

17        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

19  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

20  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

21  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22

23                                    Glenn R. Kantor, Esq.

24  Dated: April 30, 2007              /S/ Glenn R. Kantor
                                      Signature
25
                                      Counsel for  Plaintiff Jeffrey Simon
26                                    (Plaintiff, Defendant or indicate "pro se")

27

28