IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON<br><br>          Plaintiff,<br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br>          Defendant.                   / | NO. CV 07-02213 WDB<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1 AND 2.** |

On April 23, 2007, counsel for Plaintiff filed a Complaint, docket #1, and Notice of Interested Parties, docket #2, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the Complaint, docket #1, Notice of Interested Parties, docket #2, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: May 10, 2007                                          <u>Cynthia Lenahan</u><br>                                                                                       Deputy Clerk