UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON

           Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA
           Defendant(s).
_____/

Case No. C 07-02213 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/09/07                                                           Jeffrey Simon
                                                                                [Party]

Dated: 7/09/07                                                           Glenn Kantor
                                                                                 [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON

              Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA
              Defendant(s).
_____/

Case No. C 07-02213 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/09/07

Unum Life Ins. Co. of America
[Party]

Dated: 7/09/07

John C. Ferry
[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON

Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA

Defendant(s).
_____/

CASE NO. C 07-02213 WDB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

       have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7/30/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Glenn Kantor | Jeffrey Simon | (818) 886-2525 | gkantor@kantorlaw.net |
| John C. Ferry | Unum Life Ins. Co. of America | (415) 951-0535 | jferry@kelher.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/09/07

Dated: 7/09/07

Glenn Kantor
Attorney for Plaintiff

John C. Ferry
Attorney for Defendant

Rev 12.05