1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.:  (415) 951-0535
4  Fax:  (415) 391-7808
5  Email: herlihy@kelher.com
   Email: jferry@kelher.com
6

7
   Attorneys for Defendant
8  UNUM LIFE INSURANCE COMPANY
   OF AMERICA
9

10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | JEFFREY SIMON                          ) Case No.:  C07-2213 WDB
                                           )
14 |         Plaintiff,                    ) **CERTIFICATION OF INTERESTED**
                                           ) **ENTITIES OR PERSONS FILED BY**
15 |    vs.                                ) **DEFENDANT UNUM LIFE INSURANCE**
                                           ) **COMPANY OF AMERICA**
16 | UNUM LIFE INSURANCE COMPANY OF        )
   | AMERICA and THE LIPMAN COMPANY,       )
17 | INC. LONG TERM DISABILITY PLAN        )
                                           )
18 |         Defendants

19
20
21
22
23
24
25
26
27
28

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant Unum Life
2  Insurance Company of America, certifies that there are no other interested entities or persons
3  other than defendant Unum Life Insurance Company of America and its parent corporation,
4  Unum Group, formerly known as UnumProvident Corporation, who have a direct, pecuniary
5  interest in the outcome of this case.  These representations are made to enable the Court to
6  evaluate possible disqualification or recusal.

8  KELLY, HERLIHY & KLEIN LLP

11 Dated: July 13, 2007                            By_____/s/_____
12                                                        John C.  Ferry
                                                    Attorneys for Defendant
13                                                  UNUM LIFE INSURANCE
                                                    COMPANY OF AMERICA

E:\27161\P03

-1-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

CASE NO. C07-2213 WDB