THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
Email: jferry@kelher.com

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

GLENN R. KANTOR (SBN 122643)
CORINNE CHANDLER (SBN 111423)
BRENT D. BREHM (SBN 248983)
KANTOR & KANTOR
17216 Parthenia Street
Northridge, CA 91325
Tel: (818) 886-2525
Fax: (818) 350-6272
Email: gkantor@kantorlaw.net
Email: cchandler@kantorlaw.net
Email: bbrehm@kantorlaw.net
Attorneys for Plaintiff
Jeffrey Simon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE LIPMAN COMPANY, INC. LONG TERM DISABILITY PLAN<br><br>Defendants | Case No.: C07-2213 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date: July 30, 2007<br>Crt: 4 (Oakland)<br>Time: 4:00 p.m.<br><br>Proposed Date: August 20, 2007 |

**RECITALS**

Defendant Unum Life Insurance Company of America ("Unum") and Plaintiff Jeffrey Simon ("Simon") stipulate and request that the Court continue the Case Management Conference set for July 30, 2007 until August 20, 2007 due to calendar conflicts for both counsel and because one party has not yet appeared. There have been no prior continuances.

Mr. Kantor, counsel for plaintiff, has previously requested and obtained permission to appear telephonically because of a scheduled vacation.

Mr. Ferry, counsel for defendant Unum will be also be on vacation and while he could also appear telephonically, counsel agree that it would be preferable to have both counsel present in Court for the conference.

Further, defendant The Lipman Company, Inc., Long Term Disability Plan has not yet been served as it apparently is no longer in existence. Plaintiff is in the process of amending his complaint to name and serve the successor entity. Consequently, a continuance would allow time for that defendant to be served, retain counsel and appear at the conference.

**STIPULATION**

Accordingly, Defendant Unum and Plaintiff Simon stipulate that the Case Management Conference be continued from July 30, 2007 to August 20, 2007. The location and time would remain the same.

KELLY, HERLIHY & KLEIN LLP

Dated: July __, 2007        By____/s/_____
                            John C. Ferry
                            Attorneys for Defendant
                            UNUM LIFE INSURANCE
                            COMPANY OF AMERICA

KANTOR & KANTOR, LLP

Dated: July __, 2007                     By_____/s/_____
                                              Glenn R. Kantor
                                              Attorneys for Plaintiff
                                              Jeffrey Simon

**ORDER**

Good cause having been shown, the Case Management Conference presently set for July 30, 2007 at 4:00 p.m. is hereby continued to August 20, 2007 at 4:00 p.m.

Dated: July __, 2007

_____
United States Magistrate Judge

E:\27161\P05

-2-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. C07-2213 WDB