Corinne Chandler - SBN 111423
cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Jeffrey Simon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON, <br> Plaintiff, <br> VS. <br> UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY DBA OPTI-SOURCE; <br> Defendants. | CASE NO: 07-CV-02213 WDB <br><br> STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

The parties, by and through their respective attorneys, hereby stipulate as follows:

Whereas, on or about April 27, 2007, plaintiff filed a Complaint in this action, naming as a defendant "The Lipman Company Long Term Disability Plan" as a defendant who was believed to be the Plan entity, responsible for obligations under his employer's ERISA plan for disability benefits;

Whereas, plaintiff is now informed and believes that the proper name of the Plan entity is "The Lipman Company dba Opti-Source";

Whereas, plaintiff desires to substitute the plan entity named herein as "The Lipman Company Disability Plan," with the correct Plan entity, "The Lipman Company dba Opti-Source," by filing a First Amended Complaint in this action, naming the correct Plan entity; and

Whereas, the defendant who has been served and answered in this action, Unum/Provident Corporation, has no objection to the amendment proposed by this Stipulation. A copy of the Proposed First Amended Complaint is lodged together herewith.

Now, therefore, the parties stipulate and agree, subject to the Court's approval that plaintiff may file a First Amended Complaint in this action.

DATED: 7/26, 2007

KANTOR & KANTOR, LLP

BY: *Corinne Chandler*
Corinne Chandler
Attorneys for plaintiff

DATED: 7/26, 2007

KELLY, HERLIHY & KLEIN, LLP

BY: *[signature]*
Attorneys for defendant
John C. Ferry

ORDER

The Court having considered the Stipulation by the parties, and there appearing good cause therefor, it is hereby ordered that plaintiff is granted leave to file her First Amended Complaint. The previously named defendant, "The Lipman Company Long Term Disability Plan" is hereby dismissed without prejudice. Plaintiff shall file and serve her First Amended Complaint within ten (10) days after entry of this Order.

DATED: 7/30/07

*[signature]*
The Honorable Wayne D. Brazil
U.S. District Court Magistrate Judge