# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON,

**AMENDED**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-02213 WDB

**V.**

UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY DBA OPTI- SOURCE;

TO: (Name and address of defendant)
THE LIPMAN COMPANY DBA OPTI- SOURCE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CORINNE CHANDLER
KANTOR & KANTOR LLP
17216 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91325

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                               DATE _____
CLERK

_____
(BY) DEPUTY CLERK

NDCAO440