1  Glenn R. Kantor - SBN 122643
   gkantor@kantorlaw.net
2  Corinne Chandler - SBN 111423
   cchandler@kantorlaw.net
3  Brent D. Brehm - SBN 248983
   bbrehm@kantorlaw.net
4  KANTOR & KANTOR, LLP
   17216 Parthenia Street
5  Northridge, CA 91325
   (818) 886-2525 (TEL)
6  (818) 350-6272  (FAX)

7  Attorneys for Plaintiff, Jeffrey Simon

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN  DISTRICT OF CALIFORNIA

11

12  JEFFREY SIMON,                        )    CASE NO: 07-CV-02213 WDB
                                          )
13                                        )    AMENDED NOTICE OF
               Plaintiff,                 )    INTERESTED PARTIES
14                                        )
         VS.                              )
15                                        )
    UNUM LIFE INSURANCE                   )
16  COMPANY OF AMERICA AND THE )
    LIPMAN COMPANY, dba OPTI-             )
17  SOURCE;                               )
                                          )
18             Defendants.                )
    _____
19

20
         The undersigned, counsel of record for Plaintiff Jeffrey Simon certifies that the
21
    following listed parties have a direct, pecuniary interest in the outcome of this case.
22
         These representations are made to enable the Court to evaluate possible
23
    disqualification or recusal.
24

25

26

27

28
    _____
    Notice of Interested Parties            1

1    The following is a list of the names of all such parties with their connection and

2  interest herein

3      1.    Jeffrey Simon;

4      2.    Unum Life Insurance Company of America; and

5      3.    The Lipman Company dba Opti-Source.

6

7  DATED: August 3, 2007                    KANTOR & KANTOR, LLP

8

9                                        BY_____

10                                          CORINNE CHANDLER
                                            ATTORNEY FOR PLAINTIFF
11                                          JEFFREY SIMON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Interested Parties                    2

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, California 91325.

     On August 3, 2007, I served the foregoing document described as: AMENDED NOTICE OF INTERESTED PARTIES in this action by personally serving a true copy thereof addressed as follows:

John C. Ferry, Esq.
Kelly, Herlihy & Klein LLP
44 Montgomery Street, #2500
San Francisco, CA 94104-4798

(BY MAIL)

[X]    I deposited such envelope in the mail at Northridge, California.  The envelope was mailed with postage thereon fully prepaid.

[X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    (BY FACSIMILE)   I faxed such document to the facsimile number above following regular business practices.

[ ]    (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on July 27, 2007, Northridge, California.

                   /S/ LISA J. BLAYLOCK
                   _____

                   LISA J. BLAYLOCK

Notice of Interested Parties          3