# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY SIMON,



**SUMMONS IN A CIVIL CASE**

V.

UNUM LIFE INSURANCE COMPANY OF AMERICA
AND THE LIPMAN COMPANY, INC. LONG TERM
DISABILITY PLAN;

CASE NUMBER:



C 07 2213 WDB

TO: (Name and address of defendant)

*see above defendant*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn R. Kantor, Esq.
Kantor & Kantor LLP
17216 Parthenia Street
Northridge, California 91325

an answer to the complaint which is herewith served upon you, within **twenty 20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 3 2007

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

ANNA SPRINKLES

NDCAO440