**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 07-2213  WDB<br><br>ORDER RECUSING THE<br>UNDERSIGNED JUDGE<br>AND REQUESTING REASSIGNMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case was randomly assigned to the undersigned. Because I have a long-term care insurance policy with Defendant, Unum Life Insurance Company of America, I hereby RECUSE myself from this case. Given this record, I request that the case be randomly REASSIGNED to another Judge. The Initial Case Management Conference set for September 5, 2007, at 4:00 p.m., is VACATED.

IT IS SO ORDERED.

Dated: August 29, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:
Parties,
WDB, Stats.

1