Glenn R. Kantor - SBN 122643
gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Jeffrey Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY SIMON, | CASE NO: 07-CV-02213 WDB |
|---|---|
| Plaintiff, | PROOF OF SERVICE OF SUMMONS AND COMPLAINT VIA CERTIFIED MAIL RETURN RECEIPT REQUIRED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 415.40 AS ADOPTED UNDER F.R.C.P. RULE 4(h)(1) |
| VS. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY dba OPTI-SOURCE; | |
| Defendants. | |

I, Lisa J. Blaylock, hereby declare that, on August 30, 2007, I served Defendant THE LIPMAN COMPANY dba OPTI-SOURCE with the Amended Summons; First Amended Complaint; Amended Notice of Interested Parties; ADR Certification by Parties and Counsel; Notice and Need for ADR Phone Conference; Defendant Life Insurance Company of America's Answer to First Amended Complaint; Joint Initial Case Management Conference Statement; Notice of Recusal; and Reassignment Order pursuant to California Code of Civil Procedure section 415.40 as allowed for and adopted under F.R.C.P. Rule 4(h)(1), by mailing said documents to Merrill Burns, Agent for Service of Process

1

1  for Defendant, at 163 Acorn Lane, Colchester, VT 05446 via first class mail, with
2  postage prepaid and requiring a return receipt.  Service shall be deemed complete on
3  the tenth day after this mailing.
4       I declare the above under the penalty of perjury under the laws of the United
5  States of America.  Executed this 10th day of September, 2007 at Northridge,
6  California.

*[Signature: Lisa J. Blaylock]*

LISA J. BLAYLOCK

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrill Burns
163 Acorn Lane
Colchester, VT
05446

2. Article Number
(Transfer from service label)   7006 3450 0003 8385 1836

PS Form 3811, February 2004    Domestic Return Receipt    SIMON    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature: Judy Monroe]*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Judy Monroe
C. Date of Delivery: 9/4/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes