```
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY ST., STE. 2500
SAN FRANCISCO, CA 94104
TEL: (415) 951-0535
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON,<br><br>Plaintiff(s),<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and THE LIPMAN COMPANY, INC.<br><br>Defendant(s). | No. C 07-2213 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/25/07

Signature: /s/

Counsel for Defendant Unum Life Ins. Co. of America
(Plaintiff, Defendant, or indicate "pro se")