**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**December 28, 2007**

CASE NUMBER:  CV 07-02213 MEJ
CASE TITLE:  SIMON-v-UNUM LIFE INSURANCE COMPANY OF AMERICA ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/28/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                               Entered in Computer 12/28/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                      Transferor CSA