IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMON,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA ET AL,

      Defendant.
           /

No. C 07-02213SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 1, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 2, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk