Glenn Kantor - SBN 122643
gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Jeffrey Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON,<br><br>Plaintiff,<br><br>VS.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY DBA OPTI-SOURCE;<br><br>Defendants. | CASE NO: 07-CV-02213 SI<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants by and through their respective counsel of record, that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorney's fees.

DATED: January 9, 2008

KANTOR & KANTOR, LLP

BY: _____
Brent Dorian Brehm
Attorneys for plaintiff

DATED: January 28, 2008

KELLY, HERLIHY & KLEIN, LLP

BY: _____
John C. Ferry
Attorneys for defendant

ORDER

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

DATED:

The Honorable Susan Illston
U.S. District Court Judge